IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

DAVID E. SIERRA López,
    Petitioner-Appellant,

v.

Case No.: 21-CV-363-bbc

LARRY FUCHS,
    Respondent-Appellee.

NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FROM A JUDGMENT OR ORDER OF THE U.S. DISTRICT COURT

Notice is hereby given that DAVID E. SIERRA López, petitioner-Appellant, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dismissing his petition for writ of Habeas Corpus illegaly, entered in this action on the 14th day of July, 2021. A Certificate of appealability was denied.

                                        s/ DAVID ENRIQUE SIERRA López
                                        DAVID ENRIQUE SIERRA López
                                        Petitioner-Appellant

Dated this 5th day of August, 2021.